STRITZEL, Respondent, v. ROSENBAUER, Appellant. (Supreme Court, Appellate Division, Fourth Department. December 5, 1913.) Action by Rachel Stritzel against

Katherine Rosenbauer, as administratrix, etc. No opinion. Judgment affirmed, with costs.